# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>ALFONSO RODRIGUEZ-GONZALEZ,<br><br>                 Defendant. | CASE NO. 12CR0942-LAB<br><br>**JUDGMENT OF DISMISSAL** |

FILED
12 MAY 11 AM 8:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18:111(a) and (b)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 10, 2012

                                        William V. Gallo
                                        U.S. Magistrate Judge